1  STROOCK & STROOCK & LAVAN LLP
   Julia B. Strickland (State Bar No. 083013)
2  Email: jstrickland@stroock.com
   Stephen J. Newman (State Bar No. 181570)
3  Email: snewman@stroock.com
   Matthew D. Moran (State Bar No. 197075)
4  Email: mmoran@stroock.com
   2029 Century Park East
5  Los Angeles, CA  90067-3086
   Telephone: 310-556-5800
6  Facsimile: 310-556-5959
   lacalendar@stroock.com

8  Attorneys for Defendants
     HSBC NORTH AMERICA HOLDINGS, HSBC MORTGAGE
9    CORP. (USA), HSBC FINANCE CORPORATION, HSBC
     MORTGAGE SERVICES, INC.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIE DOIRON and ROSALIND CAVERO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HSBC NORTH AMERICA HOLDINGS, HSBC MORTGAGE CORP. (USA), HSBC FINANCE CORP., HSBC MORTGAGE SERVICES, INC., and DOES 1-10, inclusive<br><br>Defendants. | **Case No. 2:08-cv-00605-FCD-JFM**<br><br>**[Assigned to the Hon. Frank C. Damrell, Jr.]**<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING STIPULATION EXTENDING THE DEADLINE FOR THE PARTIES TO CONFER PURSUANT TO ORDER REQUIRING JOINT STATUS REPORT AND FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO THE SUMMONS AND COMPLAINT**<br><br>**Action Filed:  3/14/08** |

LA 51061160

Pursuant to the parties' Stipulation filed June 11, 2008, and good cause having been shown:

IT IS HEREBY ORDERED:

1. The time for Defendants HSBC North America Holdings, HSBC Mortgage Corp. (USA), HSBC Finance Corporation and HSBC Mortgage Services, Inc. (collectively, "Defendants") to answer or otherwise respond to the Summons and Complaint shall be extended until and including July 11, 2008.

2. The time for Demetrie Doiron and Rosalind Cavero (together, "Plaintiffs") and Defendants to confer and to submit a joint status report pursuant to the Order Requiring Joint Status Report shall be extended thirty days, or until August 20, 2008.

**IT IS SO ORDERED**.

Dated: June 11, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

- 1 -

LA 51061160