1  STROOCK & STROOCK & LAVAN LLP
   Julia B. Strickland (State Bar No. 083013)
2  Email: jstrickland@stroock.com
   Stephen J. Newman (State Bar No. 181570)
3  Email: snewman@stroock.com
   Matthew D. Moran (State Bar No. 197075)
4  Email: mmoran@stroock.com
   2029 Century Park East
5  Los Angeles, CA  90067-3086
   Telephone: 310-556-5800
6  Facsimile: 310-556-5959
   lacalendar@stroock.com
7

8  Attorneys for Defendants
     HSBC NORTH AMERICA HOLDINGS, HSBC MORTGAGE
9    CORP. (USA), HSBC FINANCE CORPORATION, HSBC
     MORTGAGE SERVICES, INC.
10

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEMETRIE DOIRON and ROSALIND CAVERO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HSBC NORTH AMERICA HOLDINGS, HSBC MORTGAGE CORP. (USA), HSBC FINANCE CORP., HSBC MORTGAGE SERVICES, INC., and DOES 1-10, inclusive<br><br>Defendants. | **Case No. 2:08-cv-00605-FCD-JFM**<br><br>**[Assigned to the Hon. Frank C. Damrell, Jr.]**<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING FOURTH AMENDED STIPULATION EXTENDING THE DEADLINE FOR THE PARTIES TO CONFER PURSUANT TO ORDER REQUIRING JOINT STATUS REPORT AND FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO THE SUMMONS AND COMPLAINT**<br><br>**Action Filed:  3/14/08** |

LA 51087303

1   Pursuant to the parties' Stipulation filed October 9, 2008, and good cause having been
2 shown:

3   **IT IS HEREBY ORDERED**:

4   1.   The time for Defendants HSBC North America Holdings, HSBC Mortgage Corp.
5 (USA), HSBC Finance Corporation and HSBC Mortgage Services, Inc. (collectively,
6 "Defendants") to answer or otherwise respond to the complaint in this matter filed by plaintiffs
7 Demetrie Doiron and Rosalind Cavero (together, "Plaintiffs") shall be extended until and including
8 December 16, 2008.

9   2.   The time for Plaintiffs and Defendants to confer and to submit a joint status report
10 pursuant to the Order Requiring Joint Status Report shall be extended another thirty days, or until
11 December 3, 2008.

12   **IT IS SO ORDERED**

13 Dated:  October 10, 2008

14   _____
   HON. FRANK C. DAMRELL, JR.
15   UNITED STATES DISTRICT JUDGE

- 1 -

LA 51087303

## **CERTIFICATION**

I hereby certify that, on October 10, 2008, a copy of the foregoing **[PROPOSED] ORDER GRANTING FOURTH AMENDED STIPULATION EXTENDING THE DEADLINE FOR THE PARTIES TO CONFER PURSUANT TO ORDER REQUIRING JOINT STATUS REPORT AND FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO THE SUMMONS AND COMPLAINT** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's EM/ECF System.

By:   /s/ Matthew D. Moran
        Matthew D. Moran

LA 51087303