1 | STROOCK & STROOCK & LAVAN LLP
Julia B. Strickland (State Bar No. 083013)
Email: jstrickland@stroock.com
Stephen J. Newman (State Bar No. 181570)
Email: snewman@stroock.com
Matthew D. Moran (State Bar No. 197075)
Email: mmoran@stroock.com
2029 Century Park East
Los Angeles, CA  90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
lacalendar@stroock.com

Attorneys for Defendants
  HSBC NORTH AMERICA HOLDINGS, HSBC MORTGAGE
  CORP. (USA), HSBC FINANCE CORPORATION, HSBC
  MORTGAGE SERVICES, INC.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIE DOIRON and ROSALIND CAVERO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HSBC NORTH AMERICA HOLDINGS, HSBC MORTGAGE CORP. (USA), HSBC FINANCE CORP., HSBC MORTGAGE SERVICES, INC., and DOES 1-10, inclusive<br><br>Defendants. | **Case No. 2:08-cv-00605-FCD-JFM**<br><br>**[Assigned to the Hon. Frank C. Damrell, Jr.]**<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING FIFTH AMENDED STIPULATION EXTENDING THE DEADLINE FOR THE PARTIES TO CONFER PURSUANT TO ORDER REQUIRING JOINT STATUS REPORT AND FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO THE SUMMONS AND COMPLAINT**<br><br>**Action Filed:  3/14/08** |

LA 51102196

1  Pursuant to the parties' Stipulation filed November 24, 2008, and good cause having been
2 shown:

3  **IT IS HEREBY ORDERED**:

4  1. The time for Defendants HSBC North America Holdings, HSBC Mortgage Corp.
5 (USA), HSBC Finance Corporation and HSBC Mortgage Services, Inc. (collectively,
6 "Defendants") to answer or otherwise respond to the complaint in this matter filed by plaintiffs
7 Demetrie Doiron and Rosalind Cavero (together, "Plaintiffs") shall be extended until and including
8 January 30, 2009.

9  2. The time for Plaintiffs and Defendants to confer and to submit a joint status report
10 pursuant to the Order Requiring Joint Status Report shall be extended until and including January
11 23, 2009.

12  **IT IS SO ORDERED**

Dated: November 25, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

- 1 -

LA 51102196