STROOCK & STROOCK & LAVAN LLP
Julia B. Strickland (State Bar No. 083013)
Email: jstrickland@stroock.com
Stephen J. Newman (State Bar No. 181570)
Email: snewman@stroock.com
Matthew D. Moran (State Bar No. 197075)
Email: mmoran@stroock.com
2029 Century Park East
Los Angeles, CA  90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
lacalendar@stroock.com

Attorneys for Defendants
  HSBC NORTH AMERICA HOLDINGS, HSBC MORTGAGE
  CORP. (USA), HSBC FINANCE CORPORATION, HSBC
  MORTGAGE SERVICES, INC.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIE DOIRON and ROSALIND CAVERO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HSBC NORTH AMERICA HOLDINGS, HSBC MORTGAGE CORP. (USA), HSBC FINANCE CORP., HSBC MORTGAGE SERVICES, INC., and DOES 1-10, inclusive<br><br>Defendants. | Case No. 2:08-cv-00605-FCD-JFM<br><br>[Assigned to the Hon. Frank C. Damrell, Jr.]<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING SIXTH AMENDED STIPULATION EXTENDING THE DEADLINE FOR THE PARTIES TO CONFER PURSUANT TO ORDER REQUIRING JOINT STATUS REPORT AND FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO THE SUMMONS AND COMPLAINT**<br><br>Action Filed:  3/14/08 |

Pursuant to the parties' Stipulation filed January 22, 2009, and good cause having been shown:

**IT IS HEREBY ORDERED**:

1. The time for Defendants HSBC North America Holdings, HSBC Mortgage Corp. (USA), HSBC Finance Corporation and HSBC Mortgage Services, Inc. (collectively, "Defendants") to answer or otherwise respond to the complaint in this matter filed by plaintiffs Demetrie Doiron and Rosalind Cavero (together, "Plaintiffs") shall be extended thirty days, or until and including March 2, 2009.

- 1 -

LA 51113442

2. The time for Plaintiffs and Defendants to confer and to submit a joint status report pursuant to the Order Requiring Joint Status Report shall be extended thirty days, or until and including February 23, 2009.

**IT IS SO ORDERED.**

Dated: January 22, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

- 2 -

LA 51113442