1  STROOCK & STROOCK & LAVAN LLP
   Julia B. Strickland (State Bar No. 083013)
2  Stephen J. Newman (State Bar No. 181570)
   Lucas A. Messenger (State Bar No. 217645)
3  2029 Century Park East, Suite 1600
   Los Angeles, California 90067-3086
4  Telephone: 310-556-5800
   Facsimile: 310-556-5959
5  Email:  LACalendar@stroock.com

6  Attorneys for Defendants
     HSBC NORTH AMERICA HOLDINGS, INC.,
7    HSBC MORTGAGE CORP. (USA), HSBC FINANCE
     CORPORATION and HSBC MORTGAGE
8    SERVICES, INC.

9

10                     UNITED STATES DISTRICT COURT

11                     EASTERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| **DEMETRIE DOIRON and ROSALIND CAVERO, on behalf of themselves and all other similarly situated,** | Case No. 2:08-cv-00605-FCD-JFM |
| | **Assigned to the Hon. Frank C. Damrell, Jr.]** |
| Plaintiff, | |
| v. | **ORDER REGARDING STIPULATION TO STAY LITIGATION PENDING FINAL APPROVAL OF SETTLEMENT** |
| **HSBC NORTH AMERICA HOLDINGS, INC., HSBC MORTGAGE CORP. (USA), HSBC FINANCE CORP., HSBC MORTGAGE SERVICES, INC., and DOES 1-10, inclusive,** | **Trial:  August 2, 2011** |
| Defendants. | |

1  Having considered the Stipulation To Stay Pending Final Approval Of
2  Settlement, IT IS HEREBY ORDERED that the litigation in <u>Doiron, et al. v.
3  HSBC North America Holdings, et al.</u>, United States District Court, Eastern
4  District of California, Case No. 08-00605-FCD, is stayed pending final approval of
5  the terms of the settlement by the District Court in <u>Allen, et al. v. Decision One
6  Mortgage, LLC, et al.</u>, United States District Court, District of Massachusetts, Case
7  No. 07-11669-GAO.
8      IT IS SO ORDERED.
9
10  DATED:  December 16, 2009
11                                    FRANK C. DAMRELL, JR.
                                  UNITED STATES DISTRICT JUDGE