STROOCK & STROOCK & LAVAN LLP
Julia B. Strickland (State Bar No. 083013)
Stephen J. Newman (State Bar No. 181570)
Lucas A. Messenger (State Bar No. 217645)
2029 Century Park East
Los Angeles, California 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: *lacalendar@stroock.com*

Attorneys for Defendants
  HSBC NORTH AMERICA HOLDINGS, INC.,
  HSBC MORTGAGE CORP. (USA), HSBC FINANCE
  CORPORATION and HSBC MORTGAGE
  SERVICES, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIE DOIRON and ROSALIND CAVERO, on behalf of themselves and all other similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> HSBC NORTH AMERICA HOLDINGS, INC., HSBC MORTGAGE CORP. (USA), HSBC FINANCE CORP., HSBC MORTGAGE SERVICES, INC., and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 2:08-cv-00605-FCD-JFM <br><br> Assigned to the Hon. Frank C. Damrell, Jr.] <br><br> ORDER REGARDING STIPULATION TO DISMISS LITIGATION WITH PREJUDICE AFTER FINAL APPROVAL OF SETTLEMENT <br><br> Trial: August 2, 2011 |

1 | Having considered the Stipulation To Dismiss Action After Final Approval
2 | Of Settlement, IT IS HEREBY ORDERED that the litigation in <u>Doiron, et al. v.
3 | HSBC North America Holdings, et al.</u>, United States District Court, Eastern
4 | District of California, Case No. 08-00605-FCD, is dismissed with prejudice
5 | because the District Court in <u>Allen, et al. v. Decision One Mortgage, LLC, et al.</u>,
6 | United States District Court, District of Massachusetts, Case No. 07-11669-GAO,
7 | entered a judgment and order finally approving the settlement in that case, which
8 | settled and released all claims in <u>Allen</u>, and no appeal of the judgment was timely
9 | filed.
10 | IT IS SO ORDERED.

12 | DATED:  June 23, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE